IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT EARL IVY,**
**ADC #650478**                                                                **PLAINTIFF**

v.                         Case No. 1:15-cv-00061-KGB/JTK

**STONE COUNTY DETENTION CENTER,** *et al.*                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 8). No objections have been filed, and the time for filing objections has passed. After careful review, the Court approves and adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects.

It is, therefore, ordered that:

1. Plaintiff's complaint against defendants is dismissed without prejudice, for failure to state a claim upon which relief may be granted.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

SO ORDERED this 3rd day of December, 2015.

_____
Kristine G. Baker
United States District Judge