IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT EARL IVY,**
**ADC #650478** **PLAINTIFF**

v. Case No. 1:15-CV-00061-KGB/JTK

**STONE COUNTY DETENTION CENTER et al.** **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this 3rd day of December, 2015.

_____
Kristine G. Baker
United States District Judge